# EXHIBIT A

# IN THE CIRCUIT COURT OF THE STATE OF OREGON
## FOR THE COUNTY OF MULTNOMAH

Leighanne Stainer-Bateman,

                Plaintiff

    v.

Neutron Holdings, Inc dba Lime

                Defendant.

Case No.: 24CV08648

SUMMONS

**TO:** **Neutron Holdings, Inc dba Lime**
      CCS Global Solutions, Inc
      698 12th Ave SE STE 200
      Salem, OR 97301

      You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!**

  You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days, along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

  If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

_____
SIGNATURE OF ATTORNEY/AUTHOR FOR PLAINTIFF

Matthew J. Rizzo_____
ATTORNEY'S/AUTHOR'S NAME           BAR NO.
950230

Law Office of Matthew Rizzo LLC
850 SE 3rd Ave, Ste 302
Portland, Oregon 97214
Tel: 503-405-9723

_____
Trial Attorney if Other than Above     BAR NO.

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

_____
ATTORNEY FOR PLAINTIFF(S)

Law Office of Matthew Rizzo LLC
850 SE 3rd Ave, Ste 302
Portland, Oregon 97214
Tel. and Fax: 503-405-9723, 503-296-5447