Dylan E. Jackson, OSB #190780
jackson@wscd.com
Jeff M. Sbaih, OSB #240544
sbaih@wscd.com
WILSON SMITH COCHRAN DICKERSON
1000 Second Avenue, Suite 2050
Seattle, WA 98104
Telephone: 206-623-4100
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LEIGHANNE STAINER-BATEMAN,<br><br>Plaintiff,<br><br>vs.<br><br>NEUTRON HOLDINGS, INC. dba LIME, a foreign Corporation,<br><br>Defendant. | Case No.: 3:24-cv-00494-SI<br><br>**ANSWER AND AFFIRMATIVE DEFENSES BY DEFENDANT**<br><br>**DEMAND FOR JURY TRIAL** |

Defendant Neutron Holdings, Inc. answers Plaintiff's Complaint, denying all allegations unless specifically admitted:

1. Admit Defendant is a Delaware corporation with its principal place of business in California. Admit Defendant conducts business in Multnomah County, Oregon. Deny all other allegations.

ANSWER AND AFFIRMATIVE DEFENSES BY DEFENDANT – 1

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

2. Admit on information and belief that Plaintiff is a resident of Washington. Deny all other allegations.

3. Deny.

4. Deny.

5. Deny.

6. Deny.

7. Deny.

8. Deny.

9. Defendant incorporates by reference the preceding paragraphs.

10. Deny.

11. This allegation is vague and ambiguous and it is therefore denied.

12. Deny for lack of information and knowledge.

13. Deny for lack of information and knowledge.

14. This allegation is vague and ambiguous and it is therefore denied.

15. Deny.

16. Deny.

17. Defendant incorporates by reference the preceding paragraphs.

18. This paragraph does not contain any factual allegations to which a response is required. To the extent otherwise, the paragraph is denied.

19. This paragraph does not contain any factual allegations to which a response is required. To the extent otherwise, the paragraph is denied.

20. Deny.

21. Defendant incorporates by reference the preceding paragraphs.

ANSWER AND AFFIRMATIVE DEFENSES BY DEFENDANT – 2



1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

22. This paragraph does not contain any factual allegations to which a response is required. To the extent otherwise, the paragraph is denied.

23. This paragraph does not contain any factual allegations to which a response is required. To the extent otherwise, the paragraph is denied.

24. This paragraph does not contain any factual allegations to which a response is required. To the extent otherwise, the paragraph is denied.

25. This paragraph does not contain any factual allegations to which a response is required. To the extent otherwise, the paragraph is denied.

26. This paragraph does not contain any factual allegations to which a response is required. To the extent otherwise, the paragraph is denied.

27. Deny.

28. Defendant incorporates by reference the preceding paragraphs.

29. This paragraph does not contain any factual allegations to which a response is required. To the extent otherwise, the paragraph is denied.

30. This paragraph does not contain any factual allegations to which a response is required. To the extent otherwise, the paragraph is denied.

31. This paragraph does not contain any factual allegations to which a response is required. To the extent otherwise, the paragraph is denied.

32. This paragraph does not contain any factual allegations to which a response is required. To the extent otherwise, the paragraph is denied.

33. Deny.

34. Defendant incorporates by reference the preceding paragraphs.

35. Deny.

ANSWER AND AFFIRMATIVE DEFENSES BY DEFENDANT – 3



WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

36. Deny.

37. Deny.

## **AFFIRMATIVE DEFENSES**

1. Plaintiff may have failed to state a claim for which relief can be granted.

2. Pursuant to User Agreement between Plaintiff and Defendant Lime, Plaintiff's claims are barred by a release and waiver of claims.

3. Pursuant to User Agreement between Plaintiff and Defendant Lime, Plaintiff assumed the risk of operating the scooter and disclaimed any duty owed by Lime.

4. Pursuant to User Agreement between Plaintiff and Defendant Lime, Lime disclaimed any warranties relating to the scooter.

5. Although presently unknown, Plaintiff's injuries and damages may have been caused by the fault of other parties whom Lime exercised no control over, entitling Defendant to a reduction of any award in Plaintiff's favor.

6. The scooter at issue in this case was not unreasonably dangerous for its intended use.

7. Plaintiff's injuries and damages may have been caused by her own fault, including the misuse or modification of the scooter.

8. Some or all of Plaintiff's claimed injuries may have pre-existed the subject accident.

9. Some or all of Plaintiff's claimed damages may have been caused by other intervening/superseding events over which Lime had no control.

10. Plaintiff may have failed to mitigate or avoid some or all of the injuries and/or damages claimed in this case.

ANSWER AND AFFIRMATIVE DEFENSES BY DEFENDANT – 4

WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

11. In the event an advance payment is made to or in favor of Plaintiff, Defendant seeks an offset against any amount awarded to Plaintiffs.

## RELIEF SOUGHT

Defendant seeks judgment in its favor:

1. Dismissing Plaintiff's claims and causes of action

2. Apportioning fault to Plaintiff and non-parties, to the extent the evidence supports;

3. Awarding attorney's fees, costs, and interest; and

4. Awarding any other relief the court deems appropriate or equitable

## JURY DEMAND

Pursuant to Fed. R. Civ. Proc. 38, Defendant demands a trial by jury on all issues in this case.

DATED: March 28, 2024.

>*s/Jeff M. Sbaih*
>Dylan E. Jackson, OSB #190780
>jackson@wscd.com
>Jeff M. Sbaih, OSB #240544
>sbaih@wscd.com
>WILSON SMITH COCHRAN DICKERSON
>1000 Second Avenue, Suite 2050
>Seattle, WA 98104
>Telephone: 206-623-4100
>Attorneys for Defendant

ANSWER AND AFFIRMATIVE DEFENSES BY DEFENDANT – 5

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

**Attorney For Plaintiff**
Matthew J. Rizzo, OSB #950230
Law Offices of Matthew Rizzo LLC
850 SE 3rd Ave, Ste 302
Portland, OR 97214
(503) 405-9723
mrizzo@rizzolawportland.com

**SIGNED** this 28th day of March, 2024, at Seattle, Washington.

_____
Mark Gockley

ANSWER AND AFFIRMATIVE DEFENSES BY DEFENDANT – 6

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273